UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
Janet M Henry § Case No. 15-09306
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/16/2015. The undersigned trustee was appointed on 03/16/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     4,264.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1.61 |
| Bank service fees | 60.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 4,202.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/25/2016 and the deadline for filing governmental claims was 05/25/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,066.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,066.00 , for a total compensation of $ 1,066.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 5.06 , for total expenses of $ 5.06 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/19/2019          By: /s/Cindy M. Johnson, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-09306 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Janet M Henry | | | | Date Filed (f) or Converted (c): | 03/16/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/13/2015 |
| For Period Ending: | 02/19/2019 | | | | Claims Bar Date: | 05/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Located At: 216 N. 45Th Rd. Mendota, Il 61342 | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. 105 17Th St., Mendota, Il 61342 Surrender | 58,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account With Eureka | 0.00 | 14.57 | | 14.57 | FA |
| 4. Checking Account With Midland | 400.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account With Midland | 200.00 | 520.79 | | 320.73 | FA |
| 6. Miscellaneous Used Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Personal Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Costume Jewelry And Fur | 250.00 | 0.00 | | 0.00 | FA |
| 9. Employer - Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401K Through Employer | 135,000.00 | 0.00 | | 0.00 | FA |
| 11. Anticipated Tax Refund Federa for 2014 | 0.00 | 661.00 | | 661.00 | FA |
| 12. Potential Medical Malpractice Lawsuit | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2008 Chevy Silverado With 90,000 Miles | 7,671.50 | 0.00 | | 2,950.00 | FA |
| 14. 2012 Dodge Durango With 22,000 Miles | 18,000.00 | 0.00 | | 0.00 | FA |
| 15. 2015 Federal Tax Refund (u) | 0.00 | 21.60 | | 21.00 | FA |
| 16. Tax Refund - Illinois 2014 | 0.00 | 218.50 | | 218.50 | FA |
| 17. Tax Refund - Illinois 2015 | 0.00 | 11.20 | | 11.20 | FA |
| 18. Tax Refund - Iowa 2015 | 0.00 | 24.50 | | 24.50 | FA |
| 19. Tax Refund- Iowa 2014 | 0.00 | 42.50 | | 42.50 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $340,821.50 | $1,514.66 | | $4,264.00 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

Debtor turned over all financial assets and cash from vehicle.  Medical malpractice claim had insufficient value to pursue.  Trustee will be filing a final report shortly.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 11 | -- | Refund was $1322, dtr has 1/2 interest. |
| RE PROP # | 12 | -- | Debtor had hired an attorney to review claim and opinion was insufficient damages to pursue |
| RE PROP # | 13 | -- | Debtor has a 1/2 interest. full value of vehicle per CarMax $15,000 |
| RE PROP # | 15 | -- | Refund was $216.00 and Debtor's share was $108.00 - estate's proportionate share of it is $21.60 |

Initial Projected Date of Final Report (TFR): 05/04/2017      Current Projected Date of Final Report (TFR): 01/25/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-09306 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Janet M Henry | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0902 |
| | Checking |
| Taxpayer ID No: XX-XXX8906 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/19/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/30/18 | | Janet M. Becker-Henry | Turnover of funds | | $4,264.00 | | $4,264.00 |
| | | | Gross Receipts $4,264.00 | | | | |
| | 3 | | Checking Account With Eureka $14.57 | 1129-000 | | | |
| | 5 | | Savings Account With Midland $320.73 | 1129-000 | | | |
| | 11 | | Anticipated Tax Refund Federa for 2014 $661.00 | 1124-000 | | | |
| | 13 | | 2008 Chevy Silverado With 90,000 Miles $2,950.00 | 1129-000 | | | |
| | 15 | | 2015 Federal Tax Refund $21.00 | 1224-000 | | | |
| | 16 | | Tax Refund - Illinois 2014 $218.50 | 1124-000 | | | |
| | 17 | | Tax Refund - Illinois 2015 $11.20 | 1124-000 | | | |
| | 18 | | Tax Refund - Iowa 2015 $24.50 | 1124-000 | | | |
| | 19 | | Tax Refund- Iowa 2014 $42.50 | 1124-000 | | | |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,254.00 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,244.00 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,234.00 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,224.00 |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,214.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $4,264.00          $50.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-09306 | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Janet M Henry | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0902 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8906 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/19/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,204.00 |
| 02/18/19 | 101 | International Sureties, LTD<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | Payment of 2019 Bond | 2300-000 | | $1.61 | $4,202.39 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,264.00 | $61.61 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,264.00 | $61.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,264.00 | $61.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $11.61

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0902 - Checking | $4,264.00 | $61.61 | $4,202.39 |
|  | $4,264.00 | $61.61 | $4,202.39 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $4,264.00 |
| Total Gross Receipts: | $4,264.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-09306  
Debtor Name: Janet M Henry  
Claims Bar Date: 5/25/2016  

Date: February 19, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,066.00 | $1,066.00 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $5.06 | $5.06 |
| 1 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $4,355.00 | $4,355.95 | $4,355.95 |
| 2 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $5,875.00 | $5,875.38 | $5,875.38 |
| 3 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $1,239.08 | $1,239.08 |
| 4 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $5,264.59 | $5,264.59 |
| 5 300 7100 | Discover Bank<br>Discover Products Inc<br>Pob 3025<br>New Albany Ohio 43054 | Unsecured | | $8,444.00 | $8,444.65 | $8,444.65 |
| 6 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $14,974.00 | $14,974.87 | $14,974.87 |
| 7 300 7100 | Bureaus Investment Group Portfolio No 15 Llc<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $3,413.69 | $3,413.69 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-09306  
Debtor Name: Janet M Henry  
Claims Bar Date: 5/25/2016  

Date: February 19, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 300 7100 | Osf Saint Paul Medical Center C/O H And R Accounts Inc Po Box 672 Moline Il 61265 | Unsecured | | $513.00 | $1,235.00 | $1,235.00 |
| 9 300 7100 | Capital One, N.A. C O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Unsecured | | $3,242.00 | $3,242.39 | $3,242.39 |
| 10 300 7100 | American Express Centurion Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Unsecured | | $6,403.00 | $6,403.41 | $6,403.41 |
| 11 300 7100 | Portfolio Recovery Associates, Llc Successor To Dell Financial Services,Llc Pob 41067 Norfolk, Va 23541 | Unsecured | | $1,535.00 | $1,535.42 | $1,535.42 |
| | Case Totals | | | $45,341.00 | $57,055.49 | $57,055.49 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                    Printed: February 19, 2019

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-09306  
Case Name: Janet M Henry  
Trustee Name: Cindy M. Johnson, Trustee

| | | |
|---|---:|---:|
| Balance on hand | $ | 4,202.39 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Cindy M. Johnson | $ 1,066.00 | $ 0.00 | $ 1,066.00 |
| Trustee Expenses: Cindy M. Johnson | $ 5.06 | $ 0.00 | $ 5.06 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,071.06 |
| Remaining Balance | $ 3,131.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,984.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | $ 4,355.95 | $ 0.00 | $ 243.64 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | $ 5,875.38 | $ 0.00 | $ 328.62 |
| 3 | Quantum3 Group Llc As Agent For | $ 1,239.08 | $ 0.00 | $ 69.30 |
| 4 | Quantum3 Group Llc As Agent For | $ 5,264.59 | $ 0.00 | $ 294.46 |
| 5 | Discover Bank | $ 8,444.65 | $ 0.00 | $ 472.33 |
| 6 | Capital One Bank (Usa), N.A. | $ 14,974.87 | $ 0.00 | $ 837.58 |
| 7 | Bureaus Investment Group Portfolio No 15 Llc | $ 3,413.69 | $ 0.00 | $ 190.94 |
| 8 | Osf Saint Paul Medical Center | $ 1,235.00 | $ 0.00 | $ 69.08 |
| 9 | Capital One, N.A. | $ 3,242.39 | $ 0.00 | $ 181.35 |
| 10 | American Express Centurion Bank | $ 6,403.41 | $ 0.00 | $ 358.16 |
| 11 | Portfolio Recovery Associates, Llc | $ 1,535.42 | $ 0.00 | $ 85.87 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,131.33 |
| | Remaining Balance | | | $ 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE