## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: § §
Janet M Henry § Case No. 15-09306
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CINDY M. JOHNSON, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/10/2019 in Courtroom ,
    Second Floor
    Joliet City Hall Building
    150 West Jefferson Street
    Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/11/2019          By: /s/ Cindy M. Johnson
                                        Chapter 7 Trustee

*Cindy M. Johnson, Trustee*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
Janet M Henry § Case No. 15-09306
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 4,264.00 |
| and approved disbursements of | $ 61.61 |
| leaving a balance on hand of[1] | $ 4,202.39 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Cindy M. Johnson | $ 1,066.00 | $ 0.00 | $ 1,066.00 |
| Trustee Expenses: Cindy M. Johnson | $ 35.31 | $ 0.00 | $ 5.06 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,071.06 |
| Remaining Balance | | | $ 3,131.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,984.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | $ 4,355.95 | $ 0.00 | $ 243.64 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | $ 5,875.38 | $ 0.00 | $ 328.62 |
| 3 | Quantum3 Group Llc As Agent For | $ 1,239.08 | $ 0.00 | $ 69.30 |
| 4 | Quantum3 Group Llc As Agent For | $ 5,264.59 | $ 0.00 | $ 294.46 |
| 5 | Discover Bank | $ 8,444.65 | $ 0.00 | $ 472.33 |
| 6 | Capital One Bank (Usa), N.A. | $ 14,974.87 | $ 0.00 | $ 837.58 |
| 7 | Bureaus Investment Group Portfolio No 15 Llc | $ 3,413.69 | $ 0.00 | $ 190.94 |
| 8 | Osf Saint Paul Medical Center | $ 1,235.00 | $ 0.00 | $ 69.08 |
| 9 | Capital One, N.A. | $ 3,242.39 | $ 0.00 | $ 181.35 |
| 10 | American Express Centurion Bank | $ 6,403.41 | $ 0.00 | $ 358.16 |
| 11 | Portfolio Recovery Associates, Llc | $ 1,535.42 | $ 0.00 | $ 85.87 |

|  |  |  |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 3,131.33 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Cindy M. Johnson
Chapter 7 Trustee

*Cindy M. Johnson, Trustee*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 15-09306-PSH
Janet M Henry                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccorona1              Page 1 of 1     Date Rcvd: Apr 12, 2019
                              Form ID: pdf006             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db             +Janet M Henry,    216 N. 45th Rd.,    Mendota, IL 61342-9413
24531618        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                 MALVERN, PA 19355-0701
24499376        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,   PO BOX 3001,    MALVERN, PA 19355-0701
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24414429         E-mail/PDF: rmscedi@recoverycorp.com Apr 13 2019 01:28:59
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
24318345         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 13 2019 01:29:24
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
24281968        +E-mail/Text: mrdiscen@discover.com Apr 13 2019 01:21:53       Discover Bank,
                 Discover Products Inc,    POB 3025,   New Albany Ohio 43054-3025
24451756        +E-mail/Text: bankruptcy@avadynehealth.com Apr 13 2019 01:21:55
                 OSF SAINT PAUL MEDICAL CENTER,    C/O H AND R ACCOUNTS INC,    PO BOX 672,
                 MOLINE IL 61266-0672
24561864         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2019 01:29:26
                 Portfolio Recovery Associates, LLC,    Successor to DELL FINANCIAL SERVICES,LLC,   POB 41067,
                 Norfolk, VA 23541
24249578        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 13 2019 01:28:37
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
24264489         E-mail/Text: bnc-quantum@quantum3group.com Apr 13 2019 01:22:42
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Cindy M. Johnson    on behalf of Trustee Cindy M. Johnson cmjtrustee@jnlegal.net,
               cjohnson@ecf.axosfs.com
              Cindy M. Johnson    cmjtrustee@jnlegal.net,    cjohnson@ecf.axosfs.com
              Jason Blust    on behalf of Debtor 1 Janet M Henry jason.blust@clientfirstbankruptcy.com,
               courtemail@clientfirstbankruptcy.com;r45359@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```